474 A.2d 660

Commonwealth v. Thomas, Appellant.

Petition for Allowance of Appeal
Denied Sept. 5, 1984.

Submitted November 28, 1983. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.